IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMARA ANTHONY, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL NO. 09-3918 |
| | : | |
| | : | |
| DUFF & PHELPS CORPORATION, | : | |
| Defendant. | | |

# ORDER

**AND NOW,** this 12th day of August, 2010, upon consideration of Defendant's Motion for Summary Judgment *(Doc. No. 32)* and Plaintiff's Response *(Doc. No. 34)*, it is **hereby ORDERED** that:

(1) Defendant's Motion for Summary Judgment *(Doc. No. 32)* is **GRANTED**;

(2) **JUDGMENT IS ENTERED** in favor of Defendant Duff & Phelps LLC and against Plaintiff Tamara Anthony; and

(3) The Clerk's Office shall **close** this case for statistical purposes.

**IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

_____

**Paul S. Diamond, J.**